UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN COSTA DEVAULT,

      Plaintiff,

v.                                   Case No:  6:15-cv-135-Orl-37TBS

HOLLY ISDALE,

      Defendant.

_____

**ORDER**

      This case is before the Court on Plaintiff Devault's Unopposed Motion to Extend Deadline for Expert Reports Disclosure (Doc. 24). The Case Management and Scheduling Order governing this case established the following deadlines:

      Disclosure of Expert Reports by Plaintiff:     August 14, 2015

      Disclosure of Expert Reports by Defendant:   September 14, 2015

      Completion of all Discovery:            November 2, 2015

(Doc. 18).

      Pending before the Court is Plaintiff's fully briefed motion to compel discovery (Doc. 20). The Courtroom Deputy is in the process of coordinating a hearing on this motion. In the meantime, Plaintiff seeks an extension of the deadline for disclosure of her expert reports until the resolution of her motion to compel (Doc. 24, ¶ 7). Defendant does not oppose the motion (Id., ¶ 8).

      The Court does not know when the motion to compel will be decided, or if Defendant will seek an extension of the deadline for disclosure of her expert reports. And, the Court is not in the practice of granting extensions that do not include firm

deadlines.   It is also important that this case stay on track, including holding to the

December 18, 2015 deadline for dispositive motions, and trial during the term beginning

May 2, 2016.   With these considerations in mind, the motion is **GRANTED in part**.   The

deadline for disclosure of Plaintiff's expert reports is extended to September 14, 2015.   In

all other respects, the motion is **DENIED**.

     **DONE** and **ORDERED** in Orlando, Florida on August 12, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record