UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN COSTA DEVAULT,

    Plaintiff,

v.                                                  Case No:   6:15-cv-135-Orl-37TBS

HOLLY ISDALE,

    Defendant.

## ORDER

This case comes before the Court on Plaintiff's Motion to Compel Discovery as to Intervenors, Bush Brothers & Co, and Anthony Wilson (Doc. 44).   Plaintiff served FED. R. CIV. P. 45 subpoenas on Bush Brothers and Wilson on October 2, 2015 (Id. at ¶ 3).   On October 8, 2015, Bush Brothers, Wilson, and several other individuals were granted leave to intervene for the limited purpose of reviewing Defendant's discovery production ordered on August 28, 2015; and for the purpose of protecting confidential personal and business information that is not relevant to Plaintiff's claims (Doc. 38).   Intervenors objected to the subpoenas and, upon joint motion, the discovery deadline was extended through November 13, 2015 for the sole purpose of resolving Intervenors' objections to Plaintiff's FED. R. CIV. P. 45 subpoenas (Doc. 42).   The instant motion was filed on November 13, 2015 to compel the production of documents in response to the subpoenas issued to Bush Brothers and Wilson on October 2, 2015 (Doc. 44, ¶¶ 3-7).   Plaintiff seeks an order requiring "Intervenors to search their email database(es) for the terms (specifically in the conjunctive of 'Megan' and/or 'DeVault' and/or 'Holly' and/or 'Isdale') and to respond to the plaintiff's Requests Nos. 6 and 7."   (Id. at p. 1).

According to Plaintiff's motion, Bush Brothers and Wilson oppose the relief sought (Id. at p. 9). But, they have not filed a response to the motion and the time within to do so has elapsed. Accordingly, the Court may construe the motion as being unopposed. United States v. Nguyen, No. 8:13-cv-1538-T-24AEP, 2013 WL 4520931, at * 1 (M.D. Fla. Aug. 26, 2013); Gilchrist v. CitiFinancial Servs., Inc., No. 6:06-cv-1727-Orl-31KRS, 2007 WL 177821, at * 1 (M.D. Fla. Jan. 19, 2007).

After due consideration, Plaintiff's motion to compel (Doc. 44) is **GRANTED in part**. Intervenors, Bush Brothers & Co., and Anthony Wilson are **ORDERED** to perform the requested searches and supplement their responses to Requests Nos. 6 and 7 within seven days from the rendition of this Order.

Plaintiff's motion is **DENIED** to the extent that she seeks an award of attorney fees for bringing the motion (see Doc. 44, pp. 5, 8). There is no provision in Rule 45 for an award of expenses for bringing of a motion to compel. See S.E.C. v. Rex Venture Grp., LLC, No. 5:13-MC-004-WTH-PRL, 2013 WL 1278088, at *5 (M.D. Fla. Mar. 28, 2013); Bailey Indus., Inc. v. CLJP, Inc., 270 F.R.D. 662, 673 (N.D. Fla. 2010); Se. Mech. Servs., Inc. v. Brody, No. CIV.A.1:09-CV-0086-GET-SSC, 2009 WL 3095642, at *11 (N.D. Ga. June 22, 2009) report and recommendation adopted as modified, No. CIV.A.1:09-CV-0086-GET, 2009 WL 3095196 (N.D. Ga. Sept. 24, 2009).

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record